N.D.N.Y.
25-cv-810
D'Agostino, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-six.

Present:

William J. Nardini,
Steven J. Menashi,
Eunice C. Lee,
*Circuit Judges*.

---

VDARE Foundation, Inc.,

*Plaintiff-Appellant*,

v. 26-52

Letitia James, et al.,

*Defendants-Appellees*,

Catherine Suvari,

*Defendant*.

---

Appellant moves for a temporary restraining order and injunction, pending appeal. However, this Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291, *see Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008), nor has that court issued an interlocutory order falling within the scope of 28 U.S.C. § 1292(a)(1), *see First Eagle SoGen Funds, Inc. v. Bank for Int'l Settlements*, 252 F.3d 604, 607 (2d Cir. 2001); *Austin v. Altman*, 332 F.2d 273, 275 (2d Cir. 1964). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED and the motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe